UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW VICKS, JR.,

    Petitioner,

v.                                     CASE NO. 6:08-cv-469-Orl-35KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following matters:

1.     Petitioner's Response to Order to Show Cause and Request for Extension of Time (Doc. No. 24) is **GRANTED**. The Motion to Reopen (Doc. No. 25) shall be treated as timely filed.

2. Petitioner's Motion to Reopen the Appeal Period (Doc. No. 25) is **DENIED**. The Eleventh Circuit Court of Appeals remanded the case for this Court to consider whether Petitioner was entitled to reopening of the appeal period, as Petitioner claimed he did not receive notice of the final judgment within 21 days of its entry. Fed. R. App. P. 4(a)(6). The Court mailed a copy of the order and judgment dismissing the habeas corpus petition to Petitioner on April 21, 2009, the same day the judgment was entered. Petitioner has not demonstrated, through an affidavit or other documentary support, that he did not receive

notice of the entry of final judgment within 21 days of its entry. Petitioner is not entitled to reopening of the appeal period under Federal Rule of Appellate Procedure 4(a)(6).

**DONE AND ORDERED** in Orlando, Florida, this 10th day of February 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 2/10
Andrew Vicks, Jr.