UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW VICKS, JR.,

    Petitioner,

v.                                         CASE NO. 6:08-cv-469-Orl-35KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## **ORDER**

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 28, filed February 23, 2010) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this 25th day of February 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 2/25
Counsel of Record
Andrew Vicks, Jr.

---

[1] Petitioner's Notice of Appeal (Doc. No. 27) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).